844 A.2d 1227

**NETWORK FOR QUALITY M.R. SERVICES IN PENNSYLVANIA, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, and Feather O. Houstoun, Secretary of Public Welfare for the Commonwealth of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

March 22, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of March, 2004, the order of the Commonwealth Court is **AFFIRMED.**